1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 MARA KAYAN,                    )    Case No.
                                  )    CV 12-03610 JGB(FMOx)
12              Plaintiff,        )
                                  )    **JUDGMENT**
13      v.                        )
                                  )
14 ASSET ACCEPTANCE, LLC,         )
   et al.,                        )
15                                )
                Defendants.       )
16 _____  )
                                  )
17

18 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      Pursuant to the Order filed herewith, IT IS ORDERED

20 AND ADJUDGED that Palisades Collection, LLC is DISMISSED

21 WITHOUT PREJUDICE from Plaintiff's Complaint.  The Court

22 orders that such judgment be entered.

23

24

25 Dated:  March 14, 2013        _____
                                        JESUS G. BERNAL
26                              United States District Judge

27

28