1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | MARA KAYAN,                )    Case No.
                               )    CV 12-03610 JGB (FMOx)
12 |            Plaintiff,      )
                               )    **AMENDED JUDGMENT**
13 |      v.                    )
                               )
14 | ASSET ACCEPTANCE, LLC,     )
   | et al.,                    )
15 |                            )
   |            Defendants.     )
16 | _____

17

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18

     Pursuant to the Order filed herewith, IT IS ORDERED
19
AND ADJUDGED that Palisades Collection, LLC is DISMISSED
20
WITH PREJUDICE from Plaintiff's Complaint.  The Court
21
orders that such judgment be entered.
22

23

24

Dated:  April 22, 2013          _____
25                                   JESUS G. BERNAL
                                United States District Judge
26

27

28