UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA KAYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ASSET ACCEPTANCE, LLC, et al.,<br><br>        Defendants. | Case No. CV12-03610-JGB-FMOx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Action is DISMISSED WITH PREJUDICE against Defendant LVNV Funding, LLC. The Court orders that such judgment be entered.

Dated: April 24, 2013

JESUS G. BERNAL
United States District Judge