JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARA KAYAN, | ) | Case No. CV12-03610-JGB-FMOx |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ASSET ACCEPTANCE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE against Defendant Portfolio Recovery Associates, LLC. The Court orders that such judgment be entered.

Dated: _April 24, 2013_    _____

JESUS G. BERNAL
United States District Judge