O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA KAYAN, | Case No. CV 12-03610 JGB(FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ASSET ACCEPTANCE, LLC, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Asset Acceptance, LLC is DISMISSED WITHOUT PREJUDICE from Plaintiff's Complaint.  The Court orders that such judgment be entered.

Dated:  May 31, 2013

_____
JESUS G. BERNAL
United States District Judge